# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Breanna Avila,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>Martin O'Malley, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:23-cv-06202-ODW-SK<br><br>**ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of SEVEN THOUSAND DOLLARS and 00/100 ($7,000.00), under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED TWO DOLLARS ($402.00) under 28 U.S.C. §1920 be awarded subject to the terms of the Stipulation.

　　　IT IS SO ORDERED.

DATE: December 4, 2024

_____
HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE